UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NUBIA VARGAS MAZUERA,

    Plaintiff,

CASE NO. 1:23-CV-20878-KNM

v.

WALMART STORES EAST, L.P.,

    Defendant.
_____/

**<u>PLAINTIFF'S CERTIFICATE OF DISCLOSURE</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Nubia Vas Mazuera, provides the following information to the Court:

The undersigned counsel certifies that the following listed parties may have a financial interest in the outcome of this case:

1. Nubia Vargas Mazuera, Plaintiff

2. Alberto M. Lara, Esq.

   The Pendas Law Firm

   2332 Galiano Street, Suite 205

   Coral Gables, Florida 33134

   *Counsel for the Plaintiff*

**<u>SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the CM/ECF filing portal on this 28th day of March, 2023 and which will send copies to all those

parties appearing on the attached Service List.

   */s/ Alberto M. Lara, Esq.*
ALBERTO M. LARA, ESQ. (FBN 1002342)
**The Pendás Law Firm, P.A.**
Attorneys for Plaintiff
2332 Galiano Street, Suite 205
Coral Gables, Florida 33134
Telephone: 786-930-4447
Facsimile: 561-425-9766
Primary: alara@pendaslaw.com
Secondary: southflapleadings@pendaslaw.com
Tertiary: sramirez@pendaslaw.com

## **SERVICE LIST**

*Counsel for the Defendant:*

**Suzette L. Russomano, Esq.**

Hamilton, Miller, Birthisel, LLP

150 S.E. Second Avenue, Suite 1200

Miami, Florida 33131

Phone: (305) 379-3686

Fax: (305) 379-3690

Email: srussomanno@hamiltonmillerlaw.com